MICHAEL J. DALY, Respondent, *v.* JOSHUA C. SANDERS, Appellant.

(Submitted February 24, 1890; decided March 11, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, in favor of plaintiff, entered upon an order made June 18, 1887, on a submission of a case under section 1279 of the Code of Civil Procedure.

*Joshua C. Sanders* appellant in person.

*Daniel Daly* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.